Wilfred P. Coronato (WC-6200)
Bart A. Whitley (BW-3010)
HUGHES HUBBARD & REED LLP
A NEW YORK LIMITED LIABILITY PARTNERSHIP
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NEW JERSEY 07302-3910
Telephone: (201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA METCALF AND ROSS METCALF<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | Case No.: 07-cv-03119-MLC-TJB<br><br>**MERCK & CO., INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Merck & Co, Inc. ("Merck") files this Corporate Disclosure Statement and respectfully shows the Court as follows:

Merck certifies that it has no parent corporation and is unaware of any individual or entity that owns ten percent (10%) or more of its common stock.

Dated: July 11, 2007          HUGHES HUBBARD & REED LLP
                              A New York Limited Liability Partnership
                              Attorneys for Defendant
                              Merck & Co., Inc.


                        By: ___s/ Bart A. Whitley___
                              Wilfred P. Coronato
                              Bart A. Whitley

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within Corporate Disclosure Statement was served this day by electronic filing via CM/ECF notification and by overnight mail in compliance with Rule 5 of the Federal Rules of Civil Procedure upon counsel for plaintiff, David Jacoby, Tracy A. Finken, Gregory S. Spizer, Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C., 1040 Kings Highway North, Cherry Hill, NJ 08034.


Dated:  July 11, 2007                                             By:__/s Bart A. Whitley_____
                                                                         Wilfred P. Coronato
                                                                         Bart A. Whitley