IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA METCALF, and, <br> ROSS METCALF, W/H, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant. | Case No.: 07-cv-03119-MLC-TJB <br><br> **ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MDL NO. 1789** |

THIS MATTER having been brought before the Court on the motion of defendant to stay proceedings pending transfer to MDL No. 1789; and the Court having considered the submissions of the parties in support of and in opposition to the motion; and for good cause having been shown:

IT IS on this _____ day of _____, 2007,

ORDERED that defendant's Motion to Stay is GRANTED. This action is stayed pending a transfer decision from the Judicial Panel on Multidistrict Litigation.

_____
Honorable Mary L. Cooper, U.S.D.J.