# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

LINDA METCALF and         :
ROSS METCALF            :     No.: 07-CV-03119-MLC-TJB
        Plaintiffs,       :
                             :
      v.                 :
                             :
MERCK & CO., INC.           :
        Defendant.       :

## ORDER

AND NOW, this _____, day of _____, 2007, it is

hereby ORDERED and DECREED that Plaintiffs' Motion to Remand is

GRANTED and the above-captioned action is remanded to the Superior Court of

New Jersey, Middlesex County.

_____
        J.