

# Hughes
# Hubbard

A New York Limited Liability Partnership

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Telephone: 201-536-9220
Fax: 201-536-0799
hugheshubbard.com

Robert W. Brundige, Jr.
Wilfred P. Coronato
*Resident Partners*

August 20, 2007

**VIA ECF**

Clerk of Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    Linda Metcalf et al. v. Merck & Co., Inc.
             Case No. 07-cv-03119-MLC-TJB

Dear Sir or Madam:

        Please be advised that, pursuant to Local Civil Rule 7.1(d)(5), defendant Merck & Co., Inc. ("Merck") hereby invokes an automatic extension of 14 days to file its opposition papers to plaintiffs' pending motion to remand in the above-referenced case. Merck's opposition papers are currently due on Tuesday, August 21, 2007. Pursuant to this extension, Merck's opposition papers will be due on or before September 4, 2007. The new motion date would be September 17, 2007.

        Merck certifies that no previous extension has been obtained. Merck further certifies that it has this day served a copy of this letter on Gregory S. Spizer, Esq., counsel for plaintiffs, via ECF and U.S. mail.

                                          Very truly yours,

                                          Bart A. Whitley

cc:    Gregory S. Spizer, Esq. (Counsel for Plaintiffs)
        David J. Heubeck, Esq.